JULIA SARNER, PLAINTIFF-RESPONDENT, v. SIDNEY SARNER, DEFENDANT-PETITIONER.

See same case below: 45 *N. J. Super.* 216.

*Mr. Irving I. Vogelman* for the petitioner.

*Mr. George F. Losche* for the respondent.

October 14, 1957. Denied.